■ BERYL MAIDA, Appellant, v MICHAEL MAIDA, Respondent.—In a matrimonial action, plaintiff appeals from a judgment of the Supreme Court, Suffolk County (Tanenbaum, J.), dated June 15, 1983, which, *inter alia,* dismissed her cause of action for divorce.

Judgment affirmed, without costs or disbursements.

The court properly declined to grant plaintiff a divorce on the ground of cruel and inhuman treatment. We have considered plaintiff's other contentions and find them to be lacking merit. Lazer, J. P., Thompson, Rubin and Kunzeman, JJ., concur.